**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HUMMEL, JOHN O | § Case No. 10-74074 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/05/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/30/2011          By:  /s/BERNARD J. NATALE
                                         Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HUMMEL, JOHN O § Case No. 10-74074
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 9,000.34 |
| *and approved disbursements of* | $ 25.76 |
| *leaving a balance on hand of* [1] | $ 8,974.58 |
| **Balance on hand:** | $ 8,974.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,974.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,650.03 | 0.00 | 1,650.03 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,371.50 | 0.00 | 3,371.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 38.56 | 0.00 | 38.56 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,310.09 |
| Remaining balance: | $ 3,664.49 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,664.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,664.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,330.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,731.78 | 0.00 | 582.76 |
| 2 | Commerce Bank | 3,537.19 | 0.00 | 306.21 |
| 3 | Chase Bank USA, N.A. | 10,718.16 | 0.00 | 927.86 |
| 4 | Chase Bank USA, N.A. | 15,945.48 | 0.00 | 1,380.38 |
| 5 | American Express Centurion Bank | 5,397.80 | 0.00 | 467.28 |

Total to be paid for timely general unsecured claims: $ 3,664.49
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
John O Hummel  
    Debtor

Case No. 10-74074-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3       User: cshabez      Page 1 of 2      Date Rcvd: Sep 14, 2011  
                   Form ID: pdf006      Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2011.

```
db         +John O Hummel,    1607 W  Hawkes ST,    Unit 5,    Arlington Hieghts, IL 60004-7485
aty        +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
aty        +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
aty        +Sean P Fleming,    A Fresh Start,    10540 S Western Ave,    Suite 402,    Chicago, IL 60643-2529
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
15995883   +American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
16595360    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15995885   +American Home Mortgage Servicing,     PO Box 660029,    Dallas, TX 75266-0029
15995886   +Astoria Federal Savings,    1 Corporate Dr,    Ste 360,    Lake Zurich, IL 60047-8945
15995887    Astoria Federal Savings,    One Astoria Plaza,    Lake Success, NY 11042
15995889   +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
15995892  ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Chase,     PO Box 1093,    Northridge, CA 91328)
15995890   +Centegra Health System,    4201 Medical Center Dr,    McHenry, IL 60050-8409
15995891   +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
16362144    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15995893   +Chase-Manhattan,    1 Chase Sq,    Rochester, NY 14643-0001
15995894   +Citibank NA,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
15995895   +Citibank SD, NA,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
15995896   +Citibank USA,    Attn: Centralized Bankruptcy,    PO Box 20363,    Kansas City, MO 64195-0363
15995900   +First American Bank,    700 Busse Rd,    Elk Grove Village, IL 60007-2133
15995901   +First Midwest Bank/NA,    214 Washington St,    Waukegan, IL 60085-5618
15995904  ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
             (address filed with court: Guaranty Savings Bank,    4000 W Brown Deer,    Brown Deer, WI 53209)
15995906   +HSBC/Kmart,    HSBC Retail Srvs/Attn: Bankruptcy,    PO Box 5263,    Carol Stream, IL 60197-5263
15995905    Home Depot Credit Services,    PO Box 653000,    Dallas, TX 75265-3000
15995907   +Indymac Bank,    Attn: Bankruptcy,    PO Box 4045,    Kalamazoo, MI 49003-4045
15995908    John E Albanese MD,    4302A Crystal Lake Rd,    McHenry, IL 60050-4248
15995909   +Lake/McHenry Pathology Associates,    520 E 22nd St,    Lombard, IL 60148-6110
15995912    MHS Physician Services,    PO Box 5081,    Janesville, WI 53547-5081
15995910   +Marshall & Ilsley Bank,    Attn: Bankruptcy,    770 N Water St,    Milwaukee, WI 53202-3509
15995911    McHenry Radiologists Imaging Assoc,    PO Box 220,    McHenry, IL 60051-0220
15995914    Moraine Emergency Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
15995915   +National City Bank,    1 Cascade Plaza,    Akron, OH 44308-1136
15995916   +State Bank And Trust,    444 N Rand Rd,    North Barrington, IL 60010-1401
15995917   +Susan Shaw,    1818 River Terrace Dr,    Johnsburg, IL 60051-3403
15995918   +The Medical Care Group,    PO Box 0404,    Des Plaines, IL 60016-0007
15995902  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Firstar,    c/o US Bank Bankruptcy Dept,    PO Box 5229,
             Cincinnati, OH 45201)
15995920  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 5227,    Cincinnati, OH 45201)
15995921  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank/NA ND,    Attn: Bankruptcy Dept,    PO Box 5229,
             Cincinnati, OH 45201)
15995919    Uropartners LLC,    3183 Paysphere Circle,    Chicago, IL 60674-0031
15995922   +Wells Fargo Home Mortgage,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15995884      E-mail/PDF: cbp@slfs.com Sep 15 2011 03:16:45     American General Finance,    4005 W Kane Ave,
               McHenry, IL 60050
15995888     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 15 2011 02:26:21     Aurora Loan Services,
               Attn: Bankruptcy Dept,    Po Box 1706,    Scottsbluff, NE 69363-1706
15995898     +E-mail/Text: bankruptcy@commercebank.com Sep 15 2011 02:27:33     Commerce Bank,    911 Main St,
               Kansas City, MO 64105-2009
16340493      E-mail/Text: bankruptcy@commercebank.com Sep 15 2011 02:27:33     Commerce Bank,    P O BOX 419248,
               KCREC-10,    Kansas City, MO 64141-6248
16300279      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2011 03:17:15     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
15995899     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 15 2011 03:17:15     Discover Financial,
               Attention: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
15995903     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2011 03:17:53     GEMB/JCP,    Attention: Bankruptcy,
               PO Box 103104,    Roswell, GA 30076-9104
15995913     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2011 03:17:53     Mohawk/GEMB,    PO Box 981439,
               El Paso, TX 79998-1439
                                                                                              TOTAL: 8
```

```
District/off: 0752-3            User: cshabez              Page 2 of 2               Date Rcvd: Sep 14, 2011
                                Form ID: pdf006            Total Noticed: 48

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
15995897     ##+CitiMortgage Inc.,   PO Box 9438,   Gaithersburg, MD 20898-9438
                                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**                    **Signature:**    _Joseph Speetjens_