**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HUMMEL, JOHN O § Case No. 10-74074
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,101,824.00 *(without deducting any secured claims)* | Assets Exempt: $57,074.00 |
| Total Distribution to Claimants: $3,664.49 | Claims Discharged Without Payment: $71,032.92 |
| Total Expenses of Administration: $5,335.85 | |

3) Total gross receipts of $ 9,000.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,000.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,203,708.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,335.85 | 5,335.85 | 5,335.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,616.00 | 42,330.41 | 42,330.41 | 3,664.49 |
| **TOTAL DISBURSEMENTS** | $1,277,324.00 | $47,666.26 | $47,666.26 | $9,000.34 |

4) This case was originally filed under Chapter 7 on August 16, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2011          By: /s/BERNARD J. NATALE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance Re: Jamie Polit | 1241-000 | 9,000.00 |
| Interest Income | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Home Mortgage Servicing | 4110-000 | 228,113.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services | 4110-000 | 330,169.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage Inc. | 4110-000 | 536,681.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Bank | 4110-000 | 108,745.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,203,708.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 38.56 | 38.56 | 38.56 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,371.50 | 3,371.50 | 3,371.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,650.03 | 1,650.03 | 1,650.03 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 8.51 | 8.51 | 8.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 17.25 | 17.25 | 17.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,335.85 | 5,335.85 | 5,335.85 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,433.00 | 6,731.78 | 6,731.78 | 582.76 |
| 2 | Commerce Bank | 7100-000 | 3,379.00 | 3,537.19 | 3,537.19 | 306.21 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 10,718.16 | 10,718.16 | 927.86 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Chase Bank USA, N.A. | 7100-000 | 26,145.00 | 15,945.48 | 15,945.48 | 1,380.38 |
| 5 | American Express Centurion Bank | 7100-000 | 5,292.00 | 5,397.80 | 5,397.80 | 467.28 |
| NOTFILED | MHS Physician Services | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Mohawk/GEMB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologists Imaging Assoc | 7100-000 | 34.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake/McHenry Pathology Associates | 7100-000 | 58.00 | N/A | N/A | 0.00 |
| NOTFILED | Marshall & Ilsley Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | John E Albanese MD | 7100-000 | 129.00 | N/A | N/A | 0.00 |
| NOTFILED | John E Albanese MD | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 1,066.00 | N/A | N/A | 0.00 |
| NOTFILED | The Medical Care Group | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | State Bank And Trust | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Indymac Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Uropartners LLC | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank/NA ND | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstar c/o US Bank Bankruptcy Dept | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Kmart HSBC Retail Srvs/Attn: Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Astoria Federal Savings | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Astoria Federal Savings One Astoria Plaza | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 3,499.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 816.00 | N/A | N/A | 0.00 |
| NOTFILED | Guaranty Savings Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Guaranty Savings Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JCP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank/NA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 24,180.00 | N/A | N/A | 0.00 |
| NOTFILED | First American Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 122.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 73,616.00 | 42,330.41 | 42,330.41 | 3,664.49 |
|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74074  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** HUMMEL, JOHN O  **Filed (f) or Converted (c):** 08/16/10 (f)
 **§341(a) Meeting Date:** 09/27/10
**Period Ending:** 12/07/11  **Claims Bar Date:** 01/18/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home located at 1818 W River, Terr | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Two Flat located at 344 Grant Ct, Libertyville, | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Two Flat located at 222 S Stewart Ave, Libertyvi | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account with Chase | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Furniture | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Home Electronics | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal Used Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Whole Life Insurance Policy with Nationwide | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401k Plan | 5,020.00 | 0.00 | DA | 0.00 | FA |
| 10 | Roth IRA | 47,854.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1999 Arctic Cat ZR 700 Snowmobile | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1999 Polaris Indy Supersport Snowmobile | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1995 Chapparal 24' Boat 1/2 ownership | 3,750.00 | 875.00 | DA | 0.00 | FA |
| 14 | Rental Income from Rental Properties co-owned wi | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Fraudulent Conveyance Re: Jamie Polit (u)   Order to Compromise entered on 04/25/11 | 0.00 | 12,000.00 | | 9,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.34 | FA |
| 16 | Assets  Totals (Excluding unknown values) | $1,101,824.00 | $12,875.00 | | $9,000.34 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE TO FILE FRAUDULENT CONVEYANCE COMPLAINT TO RECOVER VALUE OF TRANSFERED PROEPRTY.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** October 5, 2011 (Actual)

Printed: 12/07/2011 03:19 PM   V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-74074 | | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| Case Name: | HUMMEL, JOHN O | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******50-65 - Money Market Account |
| Taxpayer ID #: | **-***1428 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 12/07/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/05/11 | {15} | Jamie Polit | Pymt of Fraudulent Conveyance | 1241-000 | 9,000.00 | | 9,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,000.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,000.13 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-74074, BOND #016018067 | 2300-000 | | 8.51 | 8,991.62 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,991.69 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,991.76 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 17.25 | 8,974.51 |
| 08/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 8,974.58 |
| 08/30/11 | | To Account #9200******5066 | Transfer for Final Report | 9999-000 | | 8,974.58 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,000.34 | 9,000.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,974.58 | |
| | | | Subtotal | | 9,000.34 | 25.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,000.34 | $25.76 | |

{} Asset reference(s)

Printed: 12/07/2011 03:19 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-74074 | | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| Case Name: | HUMMEL, JOHN O | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******50-66 - Checking Account |
| Taxpayer ID #: | **-***1428 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 12/07/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/30/11 | | From Account #9200******5065 | Transfer for Final Report | 9999-000 | 8,974.58 | | 8,974.58 |
| 10/05/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,650.03, Trustee Compensation;  Reference: | 2100-000 | | 1,650.03 | 7,324.55 |
| 10/05/11 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 7,074.55 |
| 10/05/11 | 103 | Discover Bank | Distribution paid  8.65% on $6,731.78; Claim# 1; Filed: $6,731.78; Reference: 4944 | 7100-000 | | 582.76 | 6,491.79 |
| 10/05/11 | 104 | Commerce Bank | Distribution paid  8.65% on $3,537.19; Claim# 2; Filed: $3,537.19; Reference: 2018 | 7100-000 | | 306.21 | 6,185.58 |
| 10/05/11 | 105 | American Express Centurion Bank | Distribution paid  8.65% on $5,397.80; Claim# 5; Filed: $5,397.80; Reference: 1006 | 7100-000 | | 467.28 | 5,718.30 |
| 10/05/11 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,410.06 | 2,308.24 |
| | | | Dividend paid 100.00%    3,371.50 on $3,371.50;  Claim# ATTY; Filed: $3,371.50 | 3110-000 | | | 2,308.24 |
| | | | Dividend paid 100.00%    38.56 on $38.56;  Claim# EXP; Filed: $38.56 | 3120-000 | | | 2,308.24 |
| 10/05/11 | 107 | Chase Bank USA, N.A. | Combined Check for Claims#3,4 | | | 2,308.24 | 0.00 |
| | | | Dividend paid  8.65% on    927.86 $10,718.16;  Claim# 3; Filed: $10,718.16; Reference: 6660 | 7100-000 | | | 0.00 |
| | | | Dividend paid  8.65% on    1,380.38 $15,945.48;  Claim# 4; Filed: $15,945.48; Reference: 9038 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,974.58** | **8,974.58** | **$0.00** |
| | | | Less: Bank Transfers | | 8,974.58 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **8,974.58** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,974.58** | |

{} Asset reference(s)                                                                                                     Printed: 12/07/2011 03:19 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-74074  
**Case Name:** HUMMEL, JOHN O  

**Taxpayer ID #:** **-***1428  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | **MMA # 9200-******50-65** | **9,000.34** | **25.76** | **0.00** |
|  | **Checking # 9200-******50-66** | **0.00** | **8,974.58** | **0.00** |
|  |  | **$9,000.34** | **$9,000.34** | **$0.00** |